IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:96-CR-00203 |
| v. | (Chief Judge Brann) |
| RAYFUL EDMOND, III, | |
| Defendant. | |

## ORDER

**NOVEMBER 7, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Rayful Edmond, III's motion to compel (Doc. 62) is **DENIED** as moot;

2. The Government's motion for a sentence reduction (Doc. 65) is **GRANTED**;

3. Edmond's sentence will be **REDUCED** to 288 months' imprisonment;

4. All other terms of the original criminal judgment shall remain unchanged; and

5. An Amended Judgment shall issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge